AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>DEVANTE COFFIE<br><br>*Defendant(s)* | Case No. 4:20 MJ 6127 PLC<br>**SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS.** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 31, 2020__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(u) | Theft of firearms from a federal firearms licensee |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury the forgoing is true and correct.

_____
*Complainant's signature*

Special Agent Eric Shelvy, ATF
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41,

Date: 06/02/2020

*Patricia L. Cohen*
*Judge's signature*

City and state: St. Louis, Missouri

Honorable Patricia L. Cohen, U.S. Magistrate Judge
*Printed name and title*